

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00059-CV

**IN THE INTEREST OF D.M.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00345
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order of termination is MODIFIED as follows:

It is ORDERED that paragraph 8.1 is deleted.

As modified, the trial court's order of termination is AFFIRMED. It is ORDERED that no costs of appeal are taxed against appellant.

SIGNED June 25, 2014.

_____
Karen Angelini, Justice